■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANNY CABASSA, Appellant. [872 NYS2d 687]—Judgment of resentence, Supreme Court, New York County (John Cataldo, J.), rendered on or about June 26, 2006, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Friedman, Nardelli, Sweeny and DeGrasse, JJ.